# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN YBANEZ ANDRINO,<br><br>　　　　Petitioner<br><br>　　v.<br><br>R.C. SMITH,<br><br>　　　　Respondent. | Case No. EDCV 15-610-BRO (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

Dated: September 21, 2015　　　　　／s／
　　　　　　　　　　　　　　　　　HONORABLE BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE